Wallace Winstead
Case#08-197
23 N. 7th St. 1FL
Newark NJ 07107

Chief District Court Judge:
The Honorable Jose L. Linares
Martin Luther King Jr. Federal Building and Courthouse
PO Box 0999
Newark, NJ 07102-0999.

Your Honor,

I am writing to petition the court for an early release from my supervised release. I have satisfactorily completed 3 out of 5 years of my supervised release. I have been in full compliance with all court mandated conditions. I have consistently tested negative on all my drug tests. I have remained gainfully employed throughout my supervision term and have secured and established my own personal residence.

Aside from my performance on supervised release, personally, I have challenged myself in ways I could have never imagined. I have pushed myself to obtain my Associate's Degree from Essex County Community College. Additionally, in September 2018, I was accepted into the Political Science Bachelors Program at Rutgers University. I am currently employed by Rutgers University as a consultant for the office of information technology. While remaining employed and being accountable to my probation officer, I have maintained a 3.6 average GPA throughout my collegiate career.

I am a changed individual, and although I am grateful for all my life experiences, I can honestly say I have suffered mental and physical anguish for the crimes I have committed in the past and am remorseful. My experience on supervised release has taught me a lot about myself and with all the lessons and resources I have obtained throughout these years, I am ready to give back

to my community and I will continue to be a law abiding citizen. I ask that you provide me with my full freedom so I can continue to grow as an individual, student, son and citizen of the United States. This will also allow me to be eligible for future student grants/scholarships/jobs and the privilege to vote.

Thank you for taking the time to read my letter. Please take my words into consideration when making your decision. If you have additional questions or concerns please feel free to contact me at (973)-568-1877. You may also reach my probation officer Ms. Chowdhury at (862)-229-5578.

Respectfully submitted,

Wallace Winstead

